Attorney: Stephen R. Harris, Esq.
State Bar No.: 001463
Mailing Address: Belding, Harris & Petroni, LTD
417 West Plumb Lane
Reno, NV 89509
Phone Number: 775 786-7000          Fax Number: 775 786-7764
Email Address:

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

**ALFRED J.R. VILLALOBOS**

Case No. 10-52248

Chapter 11

Debtor

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

- [ ] Voluntary Petition (Specify reason for amendment) _____
- [ ] Summary of Schedules
- [ ] Schedule A - Real Property
- [ ] Schedule B - Personal Property
- [ ] Schedule C - Property Claimed as Exempt
- [ ] Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
    - [ ] Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required
    - [ ] Add/change address of already listed creditor - No Fee
- [ ] Schedule G - Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditures of Individual Debtor(s)
- [ ] Declaration Regarding Schedules
- [ ] Statement of Financial Affairs and/or Declaration
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Disclosure of Compensation of Attorney for Debtor
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C)
- [ ] Certification of Credit Counseling
- [x] Other: **LIST OF 20 HIGHEST UNSECURED CREDITORS**

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 6/23/10          /s/ ALFRED J.R. VILLALOBOS
                         ALFRED J.R. VILLALOBOS
                         Debtor

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  ALFRED J.R. VILLALOBOS                                    Case No  10-52248
                              Debtor                             Chapter  11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CAESARS PALACE<br>LAS VEGAS<br>3570 LAS VEGAS BLVD.<br>LAS VEGAS, NV 89109 | | GOODS/SERVICES | | $1,390,000.00 |
| HARRAHS<br>SOUTH LAKE TAHOE<br>POB 8<br>STATELINE, NV 89449 | | GOODS/SERVICES | | $1,210,000.00 |
| PATTERSON, BELKNAP<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036 | | GOODS/SERVICES | | $815,000.00 |
| ATLANTIS HOTEL<br>RENO<br>3800 S. VIRGINIA ST.<br>RENO, NV 89502 | | GOODS/SERVICES | | $375,000.00 |
| HARVEYS<br>SOUTH LAKE TAHOE<br>POB 128<br>STATELINE, NV 89449 | | GOODS/SERVICES | | $300,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  ALFRED J.R. VILLALOBOS  
                Debtor

Case No  10-52248  
Chapter  11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JONES DAY<br>555 SOUTH FLOOR, 50TH FL<br>LOS ANGELES, CA  90071 | | GOODS/SERVICES | | $268,000.00 |
| SCHEPER KIM AND HARRIS<br>601 W. 5TH STREET<br>LOS ANGELES, CA  90071 | | GOODS/SERVICES | | $264,000.00 |
| PEPPERMILL HOTEL RENO<br>2707 S. VIRGINIA ST.<br>RENO, NV  89502 | | GOODS/SERVICES | | $235,000.00 |
| JEFF HALL CONSTRUCTION<br>P.O. BOX 2584<br>MINDEN, NV  89423 | | GOODS/SERVICES | | $35,000.00 |
| KAPALUA CLUB<br>P.O. BOX 187<br>KAHULUI, HI  96733 | | GOODS/SERVICES | | $30,000.00 |
| DOUGLAS COUNTY TREASURER<br>P.O. BOX 3000<br>MINDEN, NV  89423 | | REAL PROPERTY TAX | | $26,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  ALFRED J.R. VILLALOBOS                    Case No  10-52248
                    Debtor                       Chapter  11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| C2F ARCHITECTURE<br>P.O. BOX 34282<br>RENO, NV 89533 | | GOODS/SERVICES | | $20,000.00 |
| WASHOE COUNTY TREASURER<br>P.O. BOX 30085<br>RENO, NV 89520 | | REAL PROPERTY TAX | | $16,000.00 |
| ROBERT C. MADDOX & ASSOC.<br>10587 DOUBLE R ROAD<br>RENO, NV 89521<br>RENO, NV 89504 | | GOODS/SERVICES | | $13,100.00 |
| O'MELVENY & MEYERS<br>1625 EYE STREET NW<br>WASHINGTON D.C. 20006 | | LEGAL FEES | | $10,000.00 |
| EL DORADO HOTEL/CASINO<br>345 N. VIRGINIA STREET<br>RENO, NV 89502 | | GOODS/SERVICES | | $130,000.00 |
| PINNACLE CONSTRUCTION<br>3025 MILL STREET<br>RENO, NV 89502 | | GOODS/SERVICES | | $11,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **ALFRED J.R. VILLALOBOS**          Case No **10-52248**
                       Debtor             Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| APODACA AND ASSOCIATES<br>301 E. COLORADO ST. #800<br>PASADENA, CA 91101 | | GOODS/SERVICES | | $10,000.00 |
| CHARLES DAVIS<br>POB 1460<br>ZEPHYR COVE, NV 89448 | | GOODS/SERVICES | | $5,000.00 |
| SOURWINE & SLOANE<br>4950 KIETZKE LANE #302<br>RENO, NV 89509 | | GOODS/SERVICES | | $5,000.00 |

Penalty for making a false statement or concealing property Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571