# EXHIBIT A

# EXHIBIT A

Agent's Authorization
To represent the owner for 1000 Holly Lane, Zephyr Cove, NV 89449
For the purpose of filing an insurance claim for damage to the subject property due to improper winterization. M. Trevor Smith, herein "broker" is authorized by the owner of record and liquidating trustee "owner," Jeffrey I. Hartman.

Broker is herein authorized to act on behalf of Owner to make a claim to Branch Banking and Trust (and/or their successors) and their preservation company (LPS or their contractors) for damage caused to the subject property due to improper winterization during their care of the subject property. Broker is authorized to provide documentation, bids and photographs, without exceptions and as deemed necessary by Broker to file an insurance claim for the Owner's for expenses made and buyer's future costs as deemed equitable and fair based on the date of the repairs and who is paying the invoices for said damages.

This authorization may be revoked in writing by Owner upon written notice. Owner further agrees to hold Broker harmless for any and all liability associated with said claim and any and all reimbursement or lack thereof that broker can obtain for Owner and Owner's buyer expenses incurred for repairs.

_____  Liquidating Trustee  2/18/14
Owner of Record                                    Date

_____  2/18/14
Broker                       Date